**Abatement Order filed April 9, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00093-CV

### IN RE TRACEY BISHOP, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-55818**

## ABATEMENT ORDER

On February 5, 2014, relator Tracey Bishop filed an amended petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the judge of 311th District Court of Harris County to vacate multiple orders in a suit affecting the parent-child relationship. Relator also filed a motion for temporary relief, asking this Court to stay all proceedings in the underlying litigation pending this Court's disposition of her petition for writ of mandamus. *See* Tex. R. App. P. 52.10. This

Court denied relator's motion for temporary relief on March 12, 2014. Relator's petition for writ of mandamus, however, remains pending with this Court, and this Court requested a response to relator's petition from the real party in interest and amicus attorney.

At the time relator filed her amended petition for writ of mandamus, the Honorable Denise Pratt was serving in the capacity as presiding judge of the 311th District Court. Judge Pratt resigned her office effective March 28, 2014. By rule, we must abate this original proceeding to permit respondent's successor to reconsider the orders challenged in relator's petition. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, without expressing any opinion on the merits of relator's petition, we abate this proceeding, treat it as a closed case, and remove it from the Court's active docket. This original proceeding will be reinstated on this Court's active docket at such time when respondent's successor advises this Court of the action taken upon reconsideration of the orders challenged by relator. This Court also will consider an appropriate motion filed by either party to reinstate or dismiss this original proceeding, as appropriate.

We further direct relator to advise this Court of the status of the underlying litigation every thirty (30) days from the date of this order until the trial court has informed this Court of the action taken upon reconsideration of the orders challenged by relator.

It is so ORDERED.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.